IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAMIRO APONTE**<br>    **Plaintiff,**<br><br>v.<br><br>**LM GENERAL INSURANCE COMPANY,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  24CV2357** |

### O R D E R

**AND NOW**, this 22nd day of July, 2024, upon consideration of Defendant LM General Insurance Company's Motion to Dismiss (ECF No. 5), and Plaintiff Ramiro Aponte's Response in Opposition (ECF No. 9), Defendant's Motion is **HEREBY GRANTED IN PART AND DENIED IN PART**.  Aponte's bad faith claim under 42 Pa. C.S. §8371 is **DISMISSED WITHOUT PREJUDICE**.  Defendant's Motion is **DENIED** in all other respects.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**